THE STATE EX REL. JACKSON, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Jackson v. Indus.
Comm.* (1998), 83 Ohio St.3d 398.]

(No. 97–2535—Submitted August 19, 1998—Decided October 21, 1998.)

*Debra J. Randman,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cordelia A. Glenn,* Assistant
Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent.

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the
court of appeals.

F.E. SWEENEY, J., concurs in the foregoing dissenting opinion.